35 A.3d 675

IN THE MATTER OF NATHANIEL M. DAVIS, AN ATTORNEY AT LAW (ATTORNEY NO. 025241995).

February 10, 2012.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent in DRB 11–290 of **NATHANIEL M. DAVIS** of **NEWARK,** who was admitted to the bar of this State in 1996;

And the District VA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.16(d) (failure on termination of the representation to promptly turn over client file to subsequent counsel);

And the parties having agreed that respondent's conduct violated *RPC* 1.16(d), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. VA–2010–0027E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **NATHANIEL M. DAVIS** of **NEWARK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.